## No. 5788.

### LOUIS MEISTER VS. MERCHANTS' MUTUAL INSURANCE CO.

Fraud must be specially pleaded. Evidence of it is inadmissible under the general issue.

Movables damaged by fire cannot be abandoned to the insurance company, and a recovery be had of their value before the fire. The insured is entitled to recover the difference between the value of the goods in their damaged condition, and their value when undamaged just before the fire.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J.

*Tully* for Plaintiff. *A. & W. Voorhies* for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing judgment and remanding the case.

## No. 5808.

### FLETCHER & CO. VS. SHELLY & CO.

A contract was made for the sale and delivery of a number of casks of dry shoulders A part was delivered and paid for. On the delivery of the residue, acceptance was refused. The market had fallen. The plaintiffs sold the lot at private sale, and brought this suit to recover the difference between the price obtained and the price agreed on. *Held,* they were not obliged to sell by public auction, the proof being that the price obtained at private sale was the highest market price then ruling.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*McGloin & Nixon* for Plaintiffs Appellants. *Cotton & Levy* and *Semmes* for Defendants.

WHITE, J., delivered the opinion reversing the judgment.